IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR238 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ZAVALA RIVAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for continuance (Filing No. 20). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, August 21, 2009, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties will have time to finalize plea negotiations, and the Court's schedule requires the continuance. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 13, 2009, and August 21, 2009, shall be deemed excludable time in

any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 12th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court